IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KYLE MARCEL PAGE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-2346 |
| | : | |
| MATTHEW WEINTRAUB, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 6th day of June 2018, upon considering *pro se* Plaintiff Kyle Marcel Page's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), his Complaint (ECF Doc. No. 2), his prisoner trust fund account Statement (ECF Doc. No. 3), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. Page's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. Mr. Page, #LY5321, shall pay the full filing fee of $350.00 in installments under 28 U.S.C. § 1915(b). Based on his financial information, we assess an initial partial filing fee of $1.41. The Superintendent or other appropriate official at SCI Mercer or at any other prison at which Mr. Page may be incarcerated is directed to deduct $1.41 from Mr. Page's inmate trust fund account, when such funds become available, and forward this amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-2346. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Mercer at any other prison at which Mr. Page may be incarcerated, shall deduct from his account, each time his inmate trust fund account exceeds $10.00, an

amount no greater than 20% of the money credited to his account during the preceding month and forward the amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-2346.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Mercer.

4. The Complaint is **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Mr. Page may not file an amended complaint.

5. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.